UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2014 DEC 16 P 1:26

JON W. SANFILIPPO
CLERK

UNITED STATES OF AMERICA,

Plaintiff,

v.

DEJUAN M. MAYFIELD,
a/k/a "D,"

Defendant,

Case No. 14-CR- 14-CR246
[Title 21, United States Code, Sections 841(a)(1), (b)(1)(C), and Title 18, United States Code, Section 2]

## INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES:**

1. On or about November 2, 2013, in the State and Eastern District of Wisconsin,

**DEJUAN M. MAYFIELD**
**a/k/a "D"**

knowingly and intentionally distributed a mixture and substance containing heroin, a Schedule I controlled substance.

2. Death and serious bodily injury, including the heroin overdose death of S.J., resulted from the use of heroin distributed.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

A TRUE BILL: [redacted]

FOREPERSON

Dated: 12-16-2014

JAMES L. SANTELLE
United States Attorney