U.S. DIST. COURT EAST DIST. WISC
RECEIVED
SEP - 9 2016
AT______O'CLOCK______M
JON W. SANFILIPPO, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

Plaintiff,

v. Case No. 14-CR-246

DEJUAN M. MAYFIELD,
a/k/a "D,"

Defendant.

# INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

1. Beginning by at least May 2013, and continuing until on or about February 13, 2014, in the State and Eastern District of Wisconsin and elsewhere,

**DEJUAN M. MAYFIELD,**
**a/k/a "D,"**

knowingly and intentionally conspired with persons known and unknown to possess with the intent to distribute and to distribute a mixture and substance containing a detectable amount of a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

2. The amount involved in the conspiracy attributable to the defendant as a result of his own conduct and the conduct of other conspirators reasonably foreseeable to him is a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 846, and 841(a)(1), (b)(1)(C), and Title 18, United States Code, Section 2.

for GREGORY J. HAANSTAD
United States Attorney

Sept. 9, 2016
Date